UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEFFERY KENNEDY | * | NO: |
| | * | |
| VERSUS | * | SECTION: |
| | * | |
| MARQUETTE TRANSPORTATION | * | |
| COMPANY, L.L.C. | * | MAGISTRATE: |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **SEAMAN'S COMPLAINT FOR DAMAGES**

The Complaint of **JEFFERY KENNEDY,** a person of the full age of majority, with respect represents:

**I.**

Defendant, **MARQUETTE TRANSPORTATION COMPANY, L.L.C.**, a foreign limited liability company registered to do business within the State of Louisiana and within the jurisdiction of this Honorable Court, is indebted unto Plaintiff for all damages to which he is entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

**II.**

Jurisdiction of this Court is invoked under the Jones Act, General Maritime Law, and Diversity.

**III.**

On or about November 4, 2022, **JEFFERY KENNEDY** was employed by **MARQUETTE TRANSPORTATION COMPANY, L.L.C.** as a Jones Act Seaman aboard the

1

M/V ST. CHRISTOPHER

**IV.**

At all pertinent times hereto **MARQUETTE TRANSPORTATION COMPANY, L.L.C.** owned, operated and/or controlled the M/V ST. CHRISTOPHER, which was at all pertinent times a vessel in navigation.

**V.**

On or about November 4, 2022, Plaintiff **JEFFERY KENNEDY** was injured when, in the process of cutting loose from a barge, a rope became wrapped around left leg when the captain of the vessel began moving the vessel back without warning, causing significant damage to his left knee, foot, and other parts of his body while employed by **MARQUETTE TRANSPORTATION COMPANY, L.L.C.**.

**VI.**

On information and belief, Plaintiff alleges that the sole and proximate cause of the above-described accident was the negligence of **MARQUETTE TRANSPORTATION COMPANY, L.L.C.** in the following, non-exclusive respects:

1. Breach of a legally imposed duty of reasonable care owed by the Defendant to Plaintiff;
2. Failure to provide a reasonably safe place to work by, among other things, placing Plaintiff in the line of fire in the loading task being performed at the time of his injury;
3. Failure to properly train and supervise Plaintiff;
4. Failure to take any means or precautions for the safety of defendant's employees, including Plaintiff, by, among other things, placing him in the line of fire;
5. Creation and maintenance of an unseaworthy vessel;
6. Failure to provide minimum safety requirements;
7. Failure to provide adequate equipment for the job in question;

8. Failure to provide adequate personnel for the job in question;

9. Other acts of negligence and unseaworthiness which will be shown at the trial of this matter.

**VII.**

As a direct result of the negligence of Defendant and the unseaworthiness of the vessel, Plaintiff, **JEFFERY KENNEDY** is entitled to recover from Defendant reasonable and just compensatory, special and general damages as prayed for herein and to be awarded by this Honorable Court in the following non-exclusive respects:

1. Past, present and future physical, mental and emotional pain and suffering;

2. Past, present and future loss of wages, fringe benefits and wage earning capacity;

3. Past and future physical disability;

4. Past, present and future medical expenses; and

5. All other special and general damages as will be shown at the trial of this matter.

**VIII.**

Pursuant to the General Maritime Law of the United States of America, **MARQUETTE TRANSPORTATION COMPANY, L.L.C.** had and continues to have the absolute and nondelegable duty to provide Plaintiff with maintenance and cure benefits from the date that he was rendered unfit for duty until maximum cure is achieved.

**IX.**

As a result of the aforementioned accident, Plaintiff was rendered unfit for duty and presently remains unfit and incapable of returning to duty as a seaman.

**X.**

Therefore, Plaintiff prays for the payment of past, present and future adequate maintenance

benefits as well as past, present and future payment of any and all cure benefits to which Plaintiff is entitled. Should Defendant, **MARQUETTE TRANSPORTATION COMPANY, L.L.C.,** fail to honor its maintenance and cure obligation, Plaintiff is entitled to attorney's fees, punitive damages, and an additional compensatory award for any acts of negligence on the part of Defendant which would result in a deterioration of Plaintiff's medical condition.

**XI.**

Plaintiff specifically alleges a claim for punitive damages against Defendant herein based upon General Maritime Law for arbitrary and/or unreasonable failure of Defendant to pay maintenance and cure benefits.

**XII.**

Plaintiff prays for a trial by jury on all issues raised herein.

**WHEREFORE,** Plaintiff prays that Defendant, **MARQUETTE TRANSPORTATION COMPANY, L.L.C.,** be duly cited to appear and answer this Complaint and after the legal delays and due proceedings had, there be Judgment herein in favor of Plaintiff, **JEFFERY KENNEDY,** and against Defendant, **MARQUETTE TRANSPORTATION COMPANY, L.L.C.,** for all damages to which Plaintiff is entitled to recover for the reasons set forth herein, together with legal interest thereon from date of judicial demand until paid, for payment of all costs, including expert fees, and for all other general and equitable relief.

FURTHERMORE, Plaintiff prays that Defendant, **MARQUETTE TRANSPORTATION COMPANY, L.L.C.,** be cast in judgment in favor of Plaintiff for past, present and future adequate maintenance benefits as well as past, present and future payment of any and all cure benefits to which Plaintiff is entitled by law and penalties and additional damages

if applicable.

                                        Respectfully Submitted,

                                        *S/Megan C. Misko*
                                        TIMOTHY J. YOUNG (22677)
                                        TAMMY D. HARRIS (29896)
                                        MEGAN C. MISKO (29803)
                                        JOSEPH B. MARINO, III (29966)
                                        **THE YOUNG FIRM**
                                        400 Poydras Street, Suite 2090
                                        New Orleans, LA 70130
                                        Telephone: (504) 680-4100
                                        Facsimile: (504) 680-4101
                                        TJY@theyoungfirm.com
                                        TDH@theyoungfirm.com
                                        MCM@theyoungfirm.com
                                        JBM@theyoungfirm.com