UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

PADUCAH DIVISION

**JEFFERY KENNEDY**                                    **CASE NO. 5:23-CV-00154-BJB-LLK**

**VERSUS**

**MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, L.L.C.**

### ORDER

Considering the foregoing *ex parte* motion to substitute counsel of record filed on behalf of defendant Marquette Transportation Company Gulf-Inland, LLC,

IT IS HEREBY ORDERED that the motion is GRANTED;

IT IS FURTHER HEREBY ORDERED that Evans Martin McLeod, Magdalini Galitou, and Harrison M. Martin of the law firm of Phelps Dunbar LLP, be withdrawn as counsel of record for Marquette.

December 21, 2023

                                                                                  **Lanny King, Magistrate Judge**
                                                                                  **United States District Court**